## AFFIDAVIT OF SERVICE

| Case:<br>4:24-CV-312-BRW | Court:<br>U.S. District Court | County:<br>Eastern District, AR | Job:<br>11346289 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>John Frank Gibson, III | | Defendant / Respondent:<br>Barton & Roper, PLLC; Walter Whit Barton; Benjamin Patrick Barton; Wright, Lindsey & Jennings, LLP; Patrick D. Wilson; and Patrick Collins Hickman, Jr. | |
| Received by:<br>Patton Legal Services | | For:<br>Thomasson PLLC | |
| To be served upon:<br>Wright, Lindsey & Jennings, LLP | | | |

I, Danielle Carroll, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Wright, Lindsey & Jennings, LLP, 200 West Capitol Ave. Suite 2300, Little Rock, AR 72201
**Manner of Service:** Authorized, Jul 2, 2024, 11:21 am CDT
**Documents:** Complaint and Demand for Jury Trial, Civil Cover Sheet

**Additional Comments:**
1) Successful Attempt: Jul 2, 2024, 11:21 am CDT at 200 West Capitol Ave. Suite 2300, Little Rock, AR 72201 received by Wright, Lindsey & Jennings, LLP.
Managing Partner, Steve Lancaster accepted service on behalf of Wright, Lindsey & Jennings, LLP.

_____          07/06/2024
Danielle Carroll                              Date

Patton Legal Services
P.O. Box 2384
Bentonville, AR 72712
(479) 544-7004

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

07/06/2024          11/20/2030
Date                       Commission Expires

Cody Patton
Benton County Arkansas
NOTARY PUBLIC – ARKANSAS
My Commission Expires November ,20,2030
Commission No. 12712550